John Zwack, plaintiff in error, v. George L. Apfelbach, defendant in error. Gen. No. 38,085.

Opinion filed June 28, 1935.

608

A. Howard Langert and Henry J. Gibbs, for plaintiff in error. Deming, Jarrett & Mulfinger, for defendant in error.

Mr. Justice O'Connor delivered the opinion of the court.